# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2049
LT Case No. 2020-CF-10130-A

_____

KADEEM PERRY WOODARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew Metz, Public Defender, and Zachary Wiseman, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.

January 2, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____